# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DEBORAH JACKSON, § § § | |
| Plaintiff, § § | |
| v. § § § | Case No. 6:20-cv-37-JDK |
| WALMART INC. AND WAL-MART STORES TEXAS, LLC, § § § § | |
| Defendants. § | |

## FINAL JUDGMENT

The Court, having granted Plaintiff's Motion to Dismiss with Prejudice (Docket No. 40), hereby enters **FINAL JUDGMENT**.

**IT IS ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All expenses, costs, and attorneys' fees are to be borne by the party that incurred them.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **12th** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1